STATE OF NEW JERSEY v. FRANKLIN BOWENS.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOEL PETERSON.

February 17, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. WAYNE MUSE.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. STEWART A. MC ELROY.

February 17, 1971. Petition for certification denied.

FRANK H. TAYLOR & SONS, INC. v. TRANSPORT MANAGE-
MENT REALTY CO., ET AL.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. BISACCIA, ET AL.

February 17, 1971. Petition for certification granted.